ORIGINAL

FILED
ASHEVILLE, NC

MAY 25 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

:Ronald-James:Lyons

Propia Persona- Petitioner

vs.     CASE NO. 1:12 cv 110

Mr. John A. Bell, d/b/a Judge General Sessions Court

Mr. Z. Shelton d/b/a Officer

Mr. Huskey d/b/a Officer

Ms. Frankie Cody, d/b/a Clerk of Court

Ms. Betty Cooper, d/b/a Deputy Clerk of Court

Mr. Thomas V. Testerman, d/b/a Attorney

Mr. J. Kelsey Grodzicki, #030034, d/b/a Attorney

Rubin Lublin Suarez Serrano TN, PLLC

BAC Home Loans Servicing, LP

Bank of America, N.A.,

Countrywide Home Loans Servicing, LP

Reconstruct Company, N.A., Substitute Trustee

1

Defendants.

SYSTEMATIC VIOLATIONS OF JUS COGENS

Reference: GENERAL SESSIONS COURT OF COOKE COUNTY ACTION NO. 2012-CV-284

COMES NOW, :Ronald-James:Lyons, a living man hereinafter Affiant-Complainant, and make this Claim of Systematic Violations of Jus Cogens by persons posing as contractors and/or agents of the Government of the United States of America, Inc., and its political sub-divisions [i.e. state, commonwealth, county, parish, borough, city-county partnership, city, metropolitan areas, township, un-incorporated areas, corporations etc., hereafter USA, INC.] using legislative measures and other measures to deny the American Peoples the right to self-determination and the enjoyment of basic human rights and fundamental freedoms with willful, intentional, and deliberate violations of Customary International Law [hereafter CIL] prohibiting torture, slavery, involuntary servitude and other inhuman acts which are examples of peremptory norms, enforceable against States and individuals as jus cogens violations.

1.

The above name Defendants violate the peremptory norms and commit the jus cogens crime of Slavery and Slavery Like Practices and provide no respect for the principles of equal rights and self-determination of all peoples, they instead use legislative measures, armed action or repressive measures that violates all mandates of CIL, meaning all persons posing as agents of the government of the USA, INC., uses legislative measures and other measures acting in violation of international law each time they interfere with or infringe on the human rights and fundamental freedoms of Affiant/Complainant subscribing to the crime of Slavery and Slavery Like Practices in violation of jus cogens.

2.

The persons posing as agents of the government of the USA, INC. violates not only the Universal Declaration of Human Rights and other human rights instruments and humanitarian laws on a daily basis, but its own Human Rights policy that it holds out to the world to judge the conduct of leaders and other nations, and even use to invade other nations for protection of peoples for human rights violations. The USA, INC. through its vote within the United Nations Security Council demands that Leaders and other Nations MUST abide by the provisions of the Universal Declaration of Human Rights and other international treaties, conventions, covenants, and declarations, etc., because of the mandate of

3

the Charter of the United Nations, when the persons posing as officers, agents, and contractors of the government of the USA, INC., through legislative measures, armed action and other repressive measures violates these same treaties, conventions, covenants, declarations, etc., every day in its use to reduce the American peoples to slaves, using slavery like practices where the International Community states that these actions have the identity as violations of jus cogens.

3.

Where public officials or other agents acting in an official or quasi-official capacity have violated national criminal laws, the victims should receive restitution from the State whose officials or agents were responsible for the harm inflicted. In cases where the Government under whose authority the victimizing act or omission occurred is no longer in existence, the State or Government successor in title should provide restitution to the victims, where there is no contract or law between the victim and quasi-government to a mutual performance or violates CIL, such action is said to violate a peremptory norm that also violates jus cogens by State Officials with sanctions of the State.

4.

## Jurisdiction

THE DISTRICT COURT FOR THE UNITED STATES FOR THE WESTERN DISTRICT OF NORTH CAROLINA, ASHEVILLE DIVISION, has jurisdiction within the Alien Torts Claims Act [hereafter ATCA] 28 U.S.C. 1350, to adjudicate these claims of violations of jus cogens crimes done by persons posing as agents, contractors, members of agencies, departments, and commissions, alleging to be government officials, when the tort of fraudulent deceit of these violations are made known by peoples and where there are no treaties with the USA, INC., that was agreed to by the Peoples to perform to the dictates of the corporate USA, INC., thereby all persons posing as agents, officers, agencies, departments, etc., of the USA, INC., do so with only the authority of slavery, and such authority is seen by the International Community as violations of jus cogens by State Officials with sanctions of the State.

5.

The ATCA implements all international human rights obligations of the USA, INC., and gives this Court the duty of considering customary and treaty base international law obligations of the USA, INC., when it address the matter of jus cogens crimes that includes the obligatio erga omnes which are inderogable and present this Court with a duty to prosecute or extradite, apply the non-applicability of statutes of limitations for such crimes, apply the non-applicability of the defense of "obedience to superior orders" (save the mitigation of sentence), grants their non-derogation under "states of emergency," and the universal jurisdiction of such crimes. This Court must consider customary and treaty base international law in this instant case.

6.

The government of the USA, INC., has obligatio erga omnes to Promote, Protect and Recognize universal human rights and fundamental freedoms of all its peoples as the mandate of the Charter of the United Nations, the Universal Declaration of Human Rights and other international human rights instruments are obligations of the government of the USA, INC., [within its duty as signatore to the United Nations Charter, the Universal Declaration of Human Rights and a leading member of the United Nations Security Council]. When treaties condemn an action, there is strong evidence that the action under condemnation violates the acceptance of a jus cogen or CIL norm.

6

7.

I,:Ronald-James:Lyons herein make this Declaration of my Status as a free man to this Court (per the dictates of Articles 1, & 2, of the Universal Declaration of Human Rights) and ask that this Declaration be made a permanent part of this record and made available to all agents, agencies, departments, commissions, and contractors, etc., of the government of the USA, INC., to be recognize as a free man whose legal status is separate and distinct from the state administering them.

8.

CLAIM OF VIOLATIONS OF JUS COGENS BY AGENTS OF USA, INC.

Persons posing as agents, officers and contractors of the allege government of the USA, INC., with no authority, of law only a contract void on its face for lack of authority of international law for full disclosure and in violation by officers, agents, contractors, and corporation within the authority of the USA, INC., to deny the right to self-determination and enjoyment of fundamental freedoms, to ensure that any person whose rights or freedoms as herein recognized are violated shall have an effective remedy, notwithstanding that the violation has been committed

7

by persons acting in an official capacity; or to ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy, where the same has been taken away by agents of the USA, INC., acting as judicial officers in violation of jus cogens.

9.

The statutes in the accusations of Mr. Thomas V. Testerman and Mr. J. Kelsey Grodzicki with only the authority of slavery like practices for their action according to international law refusing respect for the principles of equal rights and self-determination of all peoples, thereby making this man the victim of a crime by their abuse of power and promotion of the system of slavery like practices in direct violation of jus cogens by State Officials with sanctions of the State.

10.

The Claims of Mr. J. Kelsey Grodzicki and Mr. Thomas V. Testerman for none payment of a debt is a tort of fraudulent deceit [as a false representation of a

8

material fact made with knowledge of its falsity, or recklessly, or without reasonable grounds for believing its truth, and with intent to induce reliance thereon, on which plaintiff relies on his injury] for their actions using armed action and repressive measures to deny the right of this Affiant/Complainant and other peoples to freely exercise and fully enjoy the recognition of universal human rights and fundamental freedoms that is the birthright of all peoples, where their actions violates jus cogens.

11.

Everyone has the right to be protected against arbitrarily displaced from his or her home, land or place of habitual residence. States should incorporate protections against displacement into domestic legislation, consistent with international human rights and humanitarian law and related standards, and should extend these protections to everyone within their legal jurisdiction or effective control. All peoples have the right to self-determination; by virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development, thereby all persons posing as agents of the government of the USA, INC., that is contrary to international law, is a violation of jus cogens.

12.

The Claim by Mr. J. Kelsey Grodzicki and Mr. Thomas V. Testerman, and the judicial officers of COCKE COUNTY, TENNESSEE using armed and repressive measure to enslave in the name of BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP a fictitious Complainant is a tort of fraudulent deceit because of the inability of the BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP to testify of injuries and/or damage to property. This process in the corporate courts of the USA, INC., denies all peoples the right to an effective defense, subjects all peoples to arbitrary arrest and illegal displacement, denies their right to a nationality, and the right to self-determination by using armed action and repressive measures against them, all of these actions are outside of peremptory norms and violates jus cogens.

13.

The statutes in use by the General Sessions Court of Cocke County, Tennessee, Inc., is vague with no claim of authority under international law, thereby denying the recognition of inherent dignity and of the equal and inalienable rights of all members of the human family as the foundation of freedom, justice and peace in the world. This is the work of the judicial system of Cocke County, Tennessee using statutes of slavery outside of the peremptory norms enforceable against States and individuals in violation of jus cogens by

State Officials with sanctions of the State.

14.

The statutes in use by Mr. Thomas V. Testerman and Mr. J. Kelsey Grodzicki constitutes a denial of fundamental human rights, is contrary to the Charter of the United Nations and the Universal Declaration of Human Rights and is an impediment to the promotion of world peace and co-operation, is a direct abuse of powers and violates the jus cogens of slavery, war crimes, slavery like practices and makes Mr. Ronald James Lyons a victim of a crime by State Officials with sanctions of the State.

15.

Everyone shall have the right to liberty and the security of person, everyone has the right to adequate housing, all displaced persons have the right to return voluntarily to their former homes, land or places of habitual residence, in safety and dignity. States should ensure that all housing, land and property restitution procedures, institutions, mechanisms and legal frameworks are fully compatible with international human rights, refugee and humanitarian law and related

standards, and that the right to voluntarily return in safety and dignity is recognized therein. Everyone has the right to own such private property as meets the essential needs of decent living and helps to maintain the dignity of the individual and of the home, persons posing as agents and corporations of the government of the USA, INC., in violations of these peremptory norms also violates jus cogens.

16.

The Duties of Mr. John A. Bell d/b/a Judge of the General Sessions Court of Cocke County, Tennessee, Inc., to enforce the policies and practices of Slavery, Slavery Like Practices and Crimes against Humanity displays an act of Abuse of Power and makes this Affiant/Complainant and all other peoples appearing before the General Sessions Court of Cocke County, Tennessee, Inc., victims of a crime by State Officials with sanctions of the State.

17.

The Duties and Actions of Mr. J. Kelsey Grodzicki and Mr. Thomas V. Testerman, the Judge of the General Sessions Court of Cocke County, Tennessee, and the Law Firm of Rubin Lublin Suarez Serrano TN, PLLC, whose actions as the Chief Enforcers of the policy of slavery like practices and crimes against humanity

12

with full knowledge of their actions evolves into a tort of fraudulent deceit. By enforcing the policies of slavery like practices, Mr. J. Kelsey Grodzicki and Mr. Thomas V. Testerman, the General Sessions Court of Cocke County, Tennessee, Mr. John A. Bell, and the Law Firm of Rubin Lublin Suarez Serrano TN, PLLC denies this Affiant/Complainant and all peoples of Cocke County, Tennessee the ability to freely exercise and enjoy all universal human rights and fundamental freedoms that are the birthright of all peoples. I am hereby Requesting an International Human Rights Investigation into the Corporate Policies and Practices of these Attorneys, their Law Firm, the Law Firm of Rubin Lublin Suarez Serrano TN PLLC, Mr. John A. Bell, and the General Sessions Court of Cocke County, Tennessee to determine the level of Violations of Jus Cogens in regards to Crimes against Humanity, Slavery, and Slavery like Practices that are in force not only against me, but all other peoples in Cocke County, Tennessee as well.

18.

The present contract with Bank of America, N.A. d/b/a BAC Home Servicing, LP f/k/a Countrywide Home Loan Servicing, LP is that of Debt Bondage, (that status or condition arising from a pledge by a debtor of his personal services or of those of a person under his control as security for a debt, if the value of those services as reasonably assessed is not applied towards the liquidation of the debt or the length and nature of those services are not respectively limited and defined,)

13

with no full disclosure of content and legal use of the contract as a security instrument through fraudulent conveyance, therewith enslaving the people with perpetual debt, thereby violating the jus cogens of slavery like practices, and crimes against humanity.

19.

The duties and actions of Mr. Armando Fontes, d/b/a Sheriff of Cocke County Tennessee and all personnel assisting in the duties of the Sheriff enforcing evictions by armed attack in violation of Customary International Law (hereafter CIL) that denies the enjoyment of universal human rights and fundamental freedoms, the right to self-determination, which constitutes a violation of peremptory norms, the International Guidelines for Law Enforcement Officials, evolving into crimes against humanity that violates jus cogens.

20.

The following entities and individuals actively participate in and profit from violating the CIL of slavery like practices, crimes against humanity, and denial of universal human rights and fundamental freedoms, Mr. J. Kelsey Grodzicki and Mr.Thomas V. Testerman, the General Sessions Court of Cocke County, Tennessee, Mr. John A. Bell, the Law Firm of Rubin Lublin Suarez Serrano TN,

PLLC, Mr. Armando Fontes, the Office of the Cocke County Sheriff, Mr. Z. Shelton, Mr. Huskey, Ms. Frankie Cody, Ms. Betty Cooper, Reconstruct Company, N.A. Substitute Trustee, and Bank of America, N.A. d/b/a BAC Home Servicing, LP f/k/a Countrywide Home Loan Servicing, LP. All of these entities and individuals commits these inhuman acts (i.e. eviction by armed action, denial of universal human rights, denial the right to self-determination, denial of the right to peace) willfully, and intentionally for the sole purpose of enslavement by debt, the denial of self-determination, denying the ability to freely exercise and fully enjoy universal human rights and fundamental freedoms, the birthright of all peoples, and systematically oppressing this Affiant/Complainant and all peoples in similar situations in Cocke County, Tennessee in violation of jus cogens.

Further Affiant/Complainant Saith Not!

Pursuant to Title 28 USC 1746.(1) and executed "without the United States" I affirm under penalty of perjury under the laws of the united States of America republic that the foregoing is true and correct to the best of my belief and informed knowledge.

Autographed this 25 day of May, 2012 by the hand of

:Ronald-James: Lyons_____ .A.R.R.

One of the People of Tennessee
2425 Old Hwy 32
Newport, TN 37821
865-387-6649

15

# CERTIFICATE OF SERVICE

I, Ronald James Lyons hereby certify that a copy of this document was put into the record of the Clerk of the District Court of the United States for the Western District of North Carolina, Asheville Division and copies were given to an Associate of the United States Postal Services for delivery at the addresses shown below with proper postage paid for same;

Office of the British Council, USA
ATTN: Ms. Jacqui Allen, Asst. Dir.
The British Embassy
3100 Massachusetts Ave. NW
Washington, D.C. 20008 USA

General Sessions Court Cocke County, Tennessee
ATTN: Mr. John A. Bell, d/b/a Judge
111 Court Avenue
Newport, Tennessee 37821

United States Department of State
ATTN: Mr. Michael H. Posner
2201 C Street NW
Bureau of Democracy, Human Rights and Labor
Washington, D.C. 20520-6810 USA

United Nations Security Council
760 United Nations Plaza
New York, NY 10017 USA

Office of the High Commissioner of Human Rights
ATTN: Madam Navanethem Pillay, High Commissioner
Palais des Nations

16

Case 1:12-cv-00110-MR-DLH   Document 1   Filed 05/25/12   Page 16 of 18

CH-1211 Geneva 10, Switzerland

Office of the Governor General of Canada

ATTN: Mr. David Lloyd Johnston, His Excellency

c/o Public Works and Government Services of Canada

11 Laurier Street, Portage III

Gatineau, Quebec

K1A 0S5 Canada

ATTN: Parliament Hill

Office of the Cocke County Clerk of Court

ATTN: Ms. Frankie Cody, Clerk of Court

111 Court Avenue

Newport, Tennessee 37821

Office of the Cocke County Sheriff

ATTN: Mr. Armando Fontes, Sheriff

111 Court Avenue

Newport, Tennessee 37821

General Sessions Court of Cocke County

ATTN: Mr. Z. Shelton, Officer

111 Court Avenue

Newport, Tennessee 37821

General Sessions Court of Cocke County

Mr. Huskey, Officer

111 Court Avenue

Newport, Tennessee 37821

General Sessions Court Cocke County

Ms. Betty Cooper

111 Court Avenue

Newport, Tennessee 37821

Mr. Thomas V. Testerman, Attorney

301 East Broadway

Newport, Tennessee 37821

Mr. J. Kelsey Grodzicki, #030034

3740 Davinci Court, Suite 400

Norcross, Georgia 30092

Bank of America, N.A.

100 North Tryon Street

Charlotte, North Carolina 28202

BAC Home Loans Servicing, LP f/k/a

Countrywide Home Loans Servicing, LP

7105 Corporate Drive – Mail Stop PTX-C-35

Plano, Texas 75024

Rubin Lublin Suarez Serrano TN PLLC

119 S. Main Street, Suite 500

Memphis, Tennessee 38103

Reconstruct Company, N.A.

Substitute Trustee

2380 Performance Drive TX2-985-07-03

Richardson, Texas 75082

Countrywide Home Loans Servicing, LP

310 N. Kentucky Street

Kingston, Tennessee 37763

May 25, 2012

_/s/ Ronald-James: Lyons_ A.R.R.
:Ronald-James: Lyons, A.R.R.