# United States District Court
# For The Western District of North Carolina
# Asheville Division

RONALD JAMES LYONS,

        Plaintiff,                     JUDGMENT IN A CIVIL CASE

vs.                                            1:12cv110

JOHN A. BELL, et al.,

        Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/04/2012 Memorandum of Decision and Order.

                                                    Signed: June 4, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court