# United States District Court
# For The Western District of North Carolina
# Asheville Division

RONALD JAMES LYONS,

        Plaintiff,

vs.

JOHN A. BELL, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

1:12cv110

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/04/2012 Memorandum of Decision and Order.

Signed: June 4, 2012

Frank G. Johns, Clerk
United States District Court